# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| GUIPING DENG,<br>　　　*Plaintiff*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security, ANDREW J. DAVIDSON, in his official capacity as acting director of U.S. Citizenship and Immigration Services, and PAMELA BONDI, in her official capacity as U.S. Attorney General,<br>　　　*Defendants* | §<br>§<br>§<br>§<br>§　　Case No. 1:25-CV-01148-ADA-SH<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff filed his Complaint on July 23, 2025. Dkt. 1. To date, however, there is no indication that Plaintiff has served the United States of America with the complaint and summons as required when serving a United States officer or employee in their official capacity. FED. R. CIV. P. 4(i). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). More than 90 days have passed since Plaintiff filed his Complaint.

**IT IS ORDERED** that Plaintiff shall show cause in writing on or before **November 17, 2025**, as to why the claims against Defendant should not be dismissed for failure to timely effect service. Failure to do so may result in the dismissal of this action. *See* FED. R. CIV. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on November 3, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE